# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Douglas P. Fleming, LLC | ) ASBCA Nos. 59144, 59145, 59146 |
| | )          59147, 59148, 59158 |
| | )          59159, 59182, 59183 |
| | )          59229, 59274, 59275 |
| | )          59276, 59277, 59290 |
| Under Contract Nos. N40085-13-C-4600 | ) |
|                  N40086-13-C-4600 | ) |

APPEARANCE FOR THE APPELLANT:      Fred A. Mendicino, Esq.
                                                   Faughnan Mendicino PLLC
                                                   Dulles, VA

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                                     Navy Chief Trial Attorney
                                                     Stephen L. Bacon, Esq.
                                                       Russell A. Shultis, Esq.
                                                       Trial Attorneys

## ORDER OF DISMISSAL

On 27 January 2016 the parties filed a joint motion to dismiss without prejudice. Board Rule 18, Suspensions; Dismissal Without Prejudice provides for such dismissal. Accordingly, ASBCA Nos. 59144, 59145, 59146, 59147, 59148, 59158, 59159, 59182, 59183, 59229, 59274, 59275, 59276, 59277 and 59290 (consolidated under No. 59144) are dismissed without prejudice. Either party may move to reinstate these appeals within one year of the date of this order. If the appeals are not reinstated within this one-year period, the dismissal shall be deemed to be with prejudice.

Dated: 28 January 2016

                                                      
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59144, 59145, 59146, 59147, 59148, 59158, 59159, 59182, 59183, 59229, 59274, 59275, 59276, 59277, 59290, Appeals of Douglas P. Fleming, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
